IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BOBBY DURELLE ROBINSON,<br><br>Plaintiff,<br>v.<br><br>OFFICER FNU MCLAMB, *et al*.,<br><br>Defendants. | 1:24-CV-809 |

**ORDER**

This matter is before the Court for review of the Recommendation entered by the Honorable JoAnna Gibson McFadden. (D.E. 16.) The Recommendation recommends granting Defendants' motion to dismiss for lack of personal jurisdiction (D.E. 10) and dismissing the action without prejudice. (*Id.*) The deadline for objections passed on August 13, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation (D.E. 16) is ADOPTED. The motion to dismiss for lack of personal jurisdiction (D.E. 10) is GRANTED. This action is DISMISSED without prejudice.

This the 27th day of August, 2026.

*/s/ David A. Bragdon*
United States District Judge